IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| PrimoHoagies Franchising, Inc., | ) |
| *Plaintiff*, | ) Civil No. 19-21854 (RBK-JS) |
| v. | ) **ORDER** |
| J.G. Primo, LLC, Greg Sutor, and Jesse Nutter | ) |
| *Defendants*. | ) |

**KUGLER**, United States District Court Judge

**THE COURT HAVING GRANTED** in the accompanying opinion of this date default judgment against Greg Sutor; and

**PLAINTIFF HAVING REQUESTED** the following remedies and damages:

a permanent injunction against the continued use of plaintiff's trademarks;
an accounting of and judgment for the profits to which plaintiff is entitled;
treble damages under the Lanham Act, 15 U.S.C. §1117, and
attorneys' fees and costs in pursuing the Motion,

**THE COURT HEREBY ORDERS:**

a hearing on Tuesday, 22 September 2020, at 10:00 am EDT via Zoom teleconference (details to be provided by the chambers courtroom deputy),
at which the parties shall present arguments for and against such remedies and damages, with such arguments having been briefed prior to the hearing, and specifically by
plaintiff's submission due 14 August 2020, defendant's submission due 25 August 2020, and plaintiff's reply, if necessary, due 1 September 2020.

Should defendant fail to submit a brief and / or appear, the Court shall decide the remedies and damages based on plaintiff's submission and oral argument.

Dated: 29June 2020

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge